**Jelani Husani SIMBA, Plaintiff—
Appellant,**

v.

**George KENWORTHY; Ronald Surles;
Paul Taylor; Boyd Bennett; North
Carolina Department of Correction;
James Evans; Theodis Beck, Defen-
dants—Appellees.**

No. 08–6480.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 8, 2008.

Jelani Husani Simba, Appellant Pro Se.
James Philip Allen, Assistant Attorney
General, North Carolina Department of
Justice, Raleigh, North Carolina, for Ap-
pellees.

Before NIEMEYER and TRAXLER,*
Circuit Judges.

* The opinion is filed by a quorum pursuant to       28 U.S.C. § 46(d) (2000).

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jelani Husani Simba appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simba v. Kenworthy,* No. 5:07–ct–03004–FL (E.D.N.C. March 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*